Shun J. DIGGS, Plaintiff—Appellant,

v.

Ronald BARR, Defendant—Appellee,

and

Officer Gaston; Sergeant Brown, Defendants.

No. 07–6619.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 10, 2007.

Decided: Oct. 24, 2007.

Shun J. Diggs, Appellant pro se. Ronald Barr, Appellee pro se.

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shun J. Diggs appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Diggs v. Barr*, No. 3:06–cv–00329, 2006 WL 2289204 (W.D.N.C. Aug. 7, 2006); 2007 WL 680762 (Mar. 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*